■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL L. HARPER, JR., Appellant. [650 NYS2d 603] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 3, 1986 *(People v Harper,* 124 AD2d 594), affirming a judgment of the Supreme Court, Kings County, rendered November 14, 1983.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Rosenblatt and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELDON HINTON, Appellant. [650 NYS2d 592] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered July 11, 1994, convicting him of criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree, resisting arrest, and menacing in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Many of the defendant's claims that statements by the prosecutor during summation constitute reversible error are unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245, 250). While some of the alleged errors which are preserved for appellate review pertain to comments which would have been better left unsaid, reversal is not warranted under the circumstances of this case *(see, People v Crimmins,* 36 NY2d 230, 242). Copertino, J. P., Santucci, Joy and Goldstein, JJ., concur.